IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-37-D

| | |
|---|---|
| SYLVIA BRINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DEFENDANT'S MOTION |
| ) | TO APPEAR BY VIDEO |
| CAROLYN W. COLVIN, ) | |
|    Acting Commissioner of ) | |
|    Social Security ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's unopposed Motion to Appear by video for the hearing scheduled on March 25, 2015, at 11:30am, it is hereby ORDERED that Defendant's motion is GRANTED. On or before March 18, 2015, Defendant shall submit to the court a VTC Request Form, which can be obtained from the court's website at http://www.nced.uscourts.gov/attorney/crtech.aspx.

SO ORDERED this 13th day of March 2015.

Kimberly A. Swank
United States Magistrate Judge