UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| SYLVIA BRINSON, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> CAROLYN W. COLVIN, Acting Commissioner of ) </br> Social Security, ) </br> ) </br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** </br></br> **CASE NO. 4:12-CV-37-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant's objections [D.E. 34] to the M&R are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 21] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 25] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on July 8, 2015, and Copies To:**

| | |
|---|---|
| Lawrence Wittenberg | (via CM/ECF Notice of Electronic Filing) |
| Marc D. Epstein | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: | JULIE RICHARDS JOHNSTON, CLERK |
| July 8, 2015 | (By) /s/ Courtney O'Brien |
| | Deputy Clerk |