IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-37-D

Sylvia Brinson,　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　)　　　CONSENT ORDER
　　　　　　　　　　　　　　　)
CAROLYN W. COLVIN,　　　　　　)
Acting Commissioner of　　　　　)
Social Security　　　　　　　　 )
　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　)
　　　　　　　　　　　　　　　)

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $6,311.25 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $6,311.25, sent to Plaintiff's Counsel's office address, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

This __30__ day of October, 2015.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　James C. Dever III
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE